| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy       06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | John<br>First name<br><br>C.<br>Middle name<br><br>Beale<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6882 |  |

Debtor 1  John C. Beale                         Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | 34 Sandy Fox Drive<br>Mashpee, MA 02649<br>Number, Street, City, State & ZIP Code<br><br>Barnstable<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.)<br>    _____ | *Check one:*<br><br>☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.)<br>    _____ |

Debtor 1    John C. Beale                                            Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | | Relationship to you | |
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ☒ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   John C. Beale                                                                        Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

| Debtor 1 | John C. Beale | Case number *(if known)* | |
|---|---|---|---|

**Part 5:** **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**About Debtor 1:**          **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  John C. Beale                                                   Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ John C. Beale
_____                    _____
John C. Beale                                        Signature of Debtor 2
Signature of Debtor 1

Executed on  December 1, 2022                        Executed on _____
            MM / DD / YYYY                                       MM / DD / YYYY

| Debtor 1 | John C. Beale | Case number *(if known)* | |
|---|---|---|---|

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

/s/ Peter M. Daigle
Signature of Attorney for Debtor

Date  December 1, 2022
MM / DD / YYYY

Peter M. Daigle
Printed name

Daigle Law Office
Firm name

1550 Falmouth Road
Suite 10
Centerville, MA 02632
Number, Street, City, State & ZIP Code

Contact phone  (508) 771-7444    Email address  pmdaigleesq@yahoo.com

640517 MA
Bar number & State

Debtor 1   John C. Beale _____     Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ John C. Beale

John C. Beale
Signature of Debtor 1

Signature of Debtor 2

Executed on   December 1, 2022
              MM / DD / YYYY

Executed on   _____
              MM / DD / YYYY

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re  John C. Beale
Debtor(s)

Case No. _____
Chapter  13

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We] ___John C. Beale___, **hereby declare(s) under penalty of perjury** that all of the information contained in my _____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: December 1, 2022

Signed:  /s/ John C. Beale
John C. Beale
(Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: December 1, 2022

Signed:  /s/ Peter M. Daigle, Esq.
Peter M. Daigle
Daigle Law Office
1550 Falmouth Road
Suite 10
Centerville, MA 02632
(508) 771-7444
pmdaigleesq@yahoo.com
Attorney for Affiant

**Safety Insurance Company**
20 Custom House Street
Boston, MA 02110
1-800-951-2100

**Homeowners**
**Renewal Declaration**
**Declarations Effective: 03/17/22**

| Policy Number | Policy Period From | Policy Period To | Beginning and Ending at | Agent Code |
|---|---|---|---|---|
|  | 03/17/2022 | 03/17/2023 | 12:01 A.M. STANDARD TIME | 69823 |

| Named Insured and Address | Agent |
|---|---|
| JOHN BEALE<br>BRENDA BEALE<br>34 SANDY FOX DR<br>MASHPEE MA 02649 | HUB SAFETY INS CTR<br>PO BOX 129520<br>BOSTON MA 02112<br>Phone: 877-951-6469 |

The residence premises covered by this policy is located at the address stated below.
✓ 34 SANDY FOX DR, MASHPEE MA, 02649

### Premium Summary

| Basic Coverages Premium | Attached Endorsements Premium | Scheduled Personal Property Premium | Total Policy Premium | Change In Premium |
|---|---|---|---|---|
| $4,685 | $-2,284 | $129 | $2,530 | $0 |

### Rating Information

| Form | Section I Deductible | Named Storm Deductible | Constr Type | Constr Year | Number of Families | Protection Class | Territory |
|---|---|---|---|---|---|---|---|
| HO 00 03 | $1000 | 2% | FRAME | 1989 | 1 | 04 | 57 |

### Coverage Limits Premiums and Endorsements

**Coverage - Section I**                                                                           Limit          Premium

    Coverage -A- Dwelling                                                      $396,000       $4,660
    Coverage -B- Other Structures                                              $39,600
    Coverage -C- Personal Property                                             $277,200
    Coverage -D- Loss of Use                                                   $79,200

**Coverage - Section II**

    Coverage -E- Personal Liability                                            $500,000
    Coverage -F- Medical Payments to Others                                    $1,000         $25

**Policy Forms and Endorsements**

| | | | |
|---|---|---|---|
| HO0003 | 0491 | HOMEOWNERS SPECIAL FORM | |
| SWE001 | 0114 | WATER EXCLUSION | |
| SP0120 | 0621 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| SRS012 | 1117 | IDENTITY THEFT RESTORATION SERVICE | |
| HO0496 | 0491 | DAYCARE EXCLUSION | |
| NSD001 | 1118 | NAMED STORM PERCENTAGE DEDUCTIBLE | |
| HO0446 | 0491 | INFLATION GUARD<br>    ANNUAL INCREASE IS 4% | |
| HO0432 | 0502 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE | |
| HO0461 | 0491 | SCHEDULED PERSONAL PROPERTY ENDORSEMENT | |
| HO0416 | 0491 | PREMISES ALARM SYSTEM | $-140 |
| HO0490 | 0491 | PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT | $466 |
| SH0508 | 1102 | SPECIFIED ADDITIONAL AMOUNT OF INSURANCE FOR COV A DWELLING- 25% | $140 |
| HO-DED | | OPTIONAL DEDUCTIBLE | $-1,025 |
| HO-CPD | | AUTO POLICY CREDIT | $-932 |
| HO-LFC | | LOSS FREE CREDIT | $-746 |
| HO-PLS | | E-CUSTOMER PROGRAM | $-47 |

Print Date: 02/03/2022
Page 1 of 3
HODEC2021

**Safety Insurance Company**
20 Custom House Street
Boston, MA 02110
1-800-951-2100

**Homeowners**
**Renewal Declaration**
**Declarations Effective: 03/17/22**

| Policy Number | Policy Period From | To | Beginning and Ending at | Agent Code |
|---|---|---|---|---|
| | 03/17/2022 | 03/17/2023 | 12:01 A.M. STANDARD TIME | 69823 |

| Named Insured and Address | Agent |
|---|---|
| JOHN BEALE<br>BRENDA BEALE<br>34 SANDY FOX DR<br>MASHPEE MA 02649 | HUB SAFETY INS CTR<br>PO BOX 129520<br>BOSTON MA 02112<br><br>Phone: 877-951-6469 |

**MORTGAGEES / LOSS PAYEES / ADDITIONAL INSUREDS:**

Mortgagee   000   BANK OF AMERICA, N.A.
ISAOA ATIMA
PO BOX 961291
FORTT WORTH TX 76161

Loan Number

**Safety Insurance Company**
20 Custom House Street
Boston, MA 02110
1-800-951-2100

**Inland Marine - Personal**
**Renewal Declaration**
**Declarations Effective: 03/17/22**

| Policy Number | Policy Period From | To | Beginning and Ending at | Agent Code |
|---|---|---|---|---|
|  | 03/17/2022 | 03/17/2023 | 12:01 A.M. STANDARD TIME | 69823 |

| Named Insured and Address | Agent |
|---|---|
| JOHN BEALE<br>BRENDA BEALE<br>34 SANDY FOX DR<br>MASHPEE MA 02649 | HUB SAFETY INS CTR<br>PO BOX 129520<br>BOSTON MA 02112<br>Phone: 877-951-6469 |

## Scheduled Personal Property

| Item | Class | Description | Limit | Premium |
|---|---|---|---|---|

**Scheduled Personal Property**



**Personal Auto Coverage Selections Page**

*This Coverage Selections Page shows the coverages and discounts for your auto insurance policy issued by Safety Insurance Company. This page, the attached endorsements and the Massachusetts Auto Insurance Policy (2018 Edition) form your policy.*

Your Policy #:
Your Email:

**ITEM 2.** Policy Effective Dates: JULY 27, 2022 - JULY 27, 2023
(12:01 A.M. Eastern Standard Time)
D

**ITEM 1.** Policy Issued To:
000000.000.000000.000.000000
BRENDA E BEALE
JOHN C BEALE
34 SANDY FOX DR
MASHPEE MA  02649

Your Agent:   Agent Code 69823
HUB SAFETY INS CTR
PO BOX 129520
BOSTON MA  02112

(877)951-6469

**ITEM 3.** The following auto(s) are covered by this insurance policy:
Auto 1: 2017 STEAL TH TRAIL      5WFBE121XHW077272     COST 04400
Auto 2: 2014 GMC SIERRA PICKUP    3GTU2VEC8EG133085                 Symbol 27      Class 66

**Policy Level Discounts** *(These discounts apply to your entire policy.)*

| Account Credit | Other Carrier Account Credit | Group Discount | Renewal Credit | E-Customer Discount | Agency Loyalty Credit | Paid in Full Discount |
|---|---|---|---|---|---|---|
| 10% | NO | NO | 04% | 03% | NO | NO |

**Auto Level Coverages and Discounts** *(These discounts apply to all or a portion of the premium for a specific auto.)*

|  | Safety Shield Coverage | Loan Lease/Gap Coverage | Good Student Discount | Away at School Discount | Telematics Discount | Anti Theft Discount | Annual Mileage Discount | Multi Car Discount | Age 65 or older Discount |
|---|---|---|---|---|---|---|---|---|---|
| Auto 1: | NO | NO | NO | NO | NO | NO | NO | NO | NO |
| Auto 2: | YES | NO | NO | NO | NO | 20% | NO | 10% | 25% |

**ITEM 4.** This policy provides only the coverages for which a premium charge is shown.

| Coverages, Parts 1 - 12 | Auto 1 - Limits | Premium | Adjusted Premium | Auto 2 - Limits | Premium | Adjusted Premium |
|---|---|---|---|---|---|---|
| 1. Bodily Injury to Others | $    Per Person<br>$    Per Accident | $ | | $20,000 Per Person<br>$40,000 Per Accident | $ 89 | |
| 2. Personal Injury Protection | $    Per Person<br>_ No Deductible<br>_ Deductible for You<br>_ Deductible for You and household members | $ | | $8,000 Per Person<br>x No Deductible<br>_ Deductible for You<br>_ Deductible for You and household members | $ 29 | |
| 3. Bodily Injury Caused by an Uninsured Auto | $    Per Person<br>$    Per Accident | $ | | $50,000 Per Person<br>$100,000 Per Accident | $ 8 | |
| 4. Damage to Someone Else's Property | $    Per Accident | $ | | $100,000 Per Accident | $ 186 | |
| 5. Optional Bodily Injury to Others | $    Per Person<br>$    Per Accident | $ | | $100,000 Per Person<br>$300,000 Per Accident | $ 60 | |
| 6. Medical Payments | $    Per Person | $ | | $    Per Person | $ | |
| 7. Collision *Includes Waiver of Deductible | $500* Deductible<br>Actual Cash Value | $ 123 | | $500* Deductible<br>Actual Cash Value | $ 348 | |
| 8. Limited Collision | $ Deductible<br>Actual Cash Value | $ | | $ Deductible<br>Actual Cash Value | $ | |
| 9. Comprehensive | $500 Deductible<br>Actual Cash Value | $ 25 | | $500 Deductible<br>Actual Cash Value | $ 118 | |
| 10. Substitute Transportation | Up to $ a day to a maximum of $ | $ | | Up to $30 a day to a maximum of $900 | $ 34 | |
| 11. Towing and Labor | Up to $ for each disablement | $ | | Up to $ for each disablement | $ | |
| 12. Bodily Injury Caused by an Underinsured Auto | $    Per Person<br>$    Per Accident | $ | | $50,000 Per Person<br>$100,000 Per Accident | $ 9 | |
|  | Premium Subtotal | $ | | Premium Subtotal | $ | |
| Merit Rating Plan Adjustment | 99 | $ -30 | | 99 | $ -164 | |
|  | **Total Premium for this Auto** | $ 118 | | **Total Premium for this Auto** | $ 717 | |
|  |  |  |  | **Total Premium for this Policy:** | **$ 1,635.00** | |

INSURED

| Operator Name | Date of Birth | License Number And State | Date First Licensed Auto | Date First Licensed Motorcycle | Driver Training (Y/N) | Deferred Operator | Auto # 001 | Auto # 002 | Auto # 003 |
|---|---|---|---|---|---|---|---|---|---|
| BRENDA E BEALE | | MA | | | N | N | O | O | P |
| JOHN C BEALE | | MA | | | Y | N | P | P | O |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

P = Principal
O = Occasional
E = Excluded

**Attached Endorsements:**

| | | |
|---|---|---|
| SAT003 | 0108 | Advanced Driver Training |
| M0099S | 1216 | MA Mandatory Endorsement |
| MPY0016 | 0408 | Waiver Of Deductible |
| SSA002 | 0918 | Safety Shield Plus |
| SLL002 | 0512 | Auto Loan/Lease Gap Cov |
| M0070S | 0408 | Cov Anyone Renting To You |

**ITEM 5. Garaging:**

| Auto001 : | MASHPEE |
|---|---|
| Auto002 : | MASHPEE |

**ITEM 6. Lienholder - Additional Insured Information:**

| Auto001 : | SHEFFIELD FINA*PO BOX 1704 CLEMMONS NC 27012 |
|---|---|
| Auto002 : | GM FINANCIAL*PO BOX 1510 COCKEYSVILLE MD 01030 |

**Remarks:**
M0070S CU LEASING CORP 9665 GRANITE RIDGE DR ST 400 SAN DIEGO CA
SSA 002 09 18 SAFETY SHIELD PLUS  VEH 002 003
SLL 002 05 12 AUTO LOAN/LEASE GAP COVERAGE
TO RECEIVE A COPY OF YOUR SDIP STATEMENT OR POLICY JACKET, PLEASE CONTACT
SAFETY DIRECTLY AT 617-951-0600 EXT 6429 OR YOU CAN VIEW/PRINT THESE
DOCUMENTS BY LOGGING INTO "MY ACCOUNT" AT WWW.SAFETYINSURANCE.COM.

*Check carefully to ensure that the information listed on your Coverage Selection Page is correct.*
- Are all operators listed? Failure to list a household member or any individual who customarily operates your auto may have very serious consequences.
- Are all your autos listed?
- Is the garaging correct?
- Are you receiving all the discounts you are entitled to?
- Is your mailing address correct?

**NOTICE:** It is important for you to notify us of any changes that have occurred prior to the renewal of this policy and at any time during the policy period.

Please review this Coverage Selections Page and the Massachusetts Auto Insurance Policy (2018 Edition) carefully to ensure that you understand the coverages and limits contained in this policy. It is a crime to knowingly provide false or fraudulent information for the purpose of defrauding an insurance company. If you or someone else on your behalf has knowingly given us false, deceptive, misleading or incomplete information and if such false, deceptive, misleading or incomplete information increases our risk of loss, we may refuse to pay claims under any of the Optional Insurance (Parts 5 thru 12) and we may cancel your policy.

**MERIT RATING PLAN**
The Merit Rating Board may verify the accuracy of the previous driving records of all listed operators. The Merit Rating Plan adjustment shown on the Coverage Selection Page for each auto is based on the driving records of the operators listed on your policy.

*Thank you for insuring your auto with Safety Insurance.*

*03/01/22 ed.*



**Personal Auto Coverage Selections Page**

*This Coverage Selections Page shows the coverages and discounts for your auto insurance policy issued by Safety Insurance Company. This page, the attached endorsements and the Massachusetts Auto Insurance Policy (2018 Edition) form your policy.*

Your Policy #:  
Your Email:

**ITEM 2.** Policy Effective Dates: FEBRUARY 20, 2022 - FEBRUARY 20, 2023  
(12:01 A.M. Eastern Standard Time)  
D

**ITEM 1.** Policy Issued To:  
000000.000.000000.000.000000  
JOHN BEALE  
BRENDA BEALE  
34 SANDY FOX DR  
MASHPEE MA  02649

Your Agent: Agent Code 69823  
HUB SAFETY INS CTR  
PO BOX 129520  
BOSTON MA  02112

(877)951-6469

**ITEM 3.** The following auto(s) are covered by this insurance policy:  
✓ Auto 1: 2015 HARL          1HD1KTM17FB633304  
Auto :

### Policy Level Discounts *(These discounts apply to your entire policy.)*

| Account Credit | Other Carrier Account Credit | Group Discount | Renewal Credit | E-Customer Discount | Agency Loyalty Credit |
|---|---|---|---|---|---|
| 10% | NO | NO | 04% | 01% | NO |

### Auto Level Coverages and Discounts *(These discounts apply to all or a portion of the premium for a specific auto.)*

|  | Safety Shield Coverage | Loan Lease/Gap Coverage | Good Student Discount | Away at School Discount | Telematics Discount | Anti Theft Discount | Annual Mileage Discount | Multi Car Discount | Age 65 or older Discount |
|---|---|---|---|---|---|---|---|---|---|
| Auto 1: | NO | NO | NO | NO | NO | NO | NO | NO | 25% |
| Auto : | | | | | | | | | |

**ITEM 4.** This policy provides only the coverages for which a premium charge is shown.

| Coverages, Parts 1 - 12 | Auto 1 - Limits | Premium | Adjusted Premium | Auto - Limits | Premium | Adjusted Premium |
|---|---|---|---|---|---|---|
| 1. Bodily Injury to Others | $20,000 Per Person<br>$40,000 Per Accident | $ 11 | | $ Per Person<br>$ Per Accident | $ | |
| 2. Personal Injury Protection | $8,000 Per Person<br>X No Deductible<br>— Deductible for You<br>— Deductible for You and household members | $ 1 | | $ Per Person<br>— No Deductible<br>— Deductible for You<br>— Deductible for You and household members | $ | |
| 3. Bodily Injury Caused by an Uninsured Auto | $100,000 Per Person<br>$300,000 Per Accident | $ 18 | | $ Per Person<br>$ Per Accident | $ | |
| 4. Damage to Someone Else's Property | $100,000 Per Accident | $ 13 | | $ Per Accident | $ | |
| 5. Optional Bodily Injury to Others | $250,000 Per Person<br>$500,000 Per Accident | $ 40 | | $ Per Person<br>$ Per Accident | $ | |
| 6. Medical Payments | $5,000 Per Person | $ 99 | | $ Per Person | $ | |
| 7. Collision *Includes Waiver of Deductible | $1000* Deductible<br>Actual Cash Value | $ 138 | | $ Deductible<br>Actual Cash Value | $ | |
| 8. Limited Collision | $ Deductible<br>Actual Cash Value | $ | | $ Deductible<br>Actual Cash Value | $ | |
| 9. Comprehensive | $500 Deductible<br>Actual Cash Value | $ 69 | | $ Deductible<br>Actual Cash Value | $ | |
| 10. Substitute Transportation | Up to $ a day to a maximum of $ | $ | | Up to $ a day to a maximum of $ | $ | |
| 11. Towing and Labor | Up to $ for each disablement | $ | | Up to $ for each disablement | $ | |
| 12. Bodily Injury Caused by an Underinsured Auto | $100,000 Per Person<br>$300,000 Per Accident | $ 63 | | $ Per Person<br>$ Per Accident | $ | |
| | Premium Subtotal | $ | | Premium Subtotal | $ | |
| Merit Rating Plan Adjustment | 99 | $ -43 | | | $ | |
| | **Total Premium for this Auto** | $ 409 | | **Total Premium for this Auto** | $ | |
| | | | | **Total Premium for this Policy:** | **$ 409.00** | |

INSURED

| Operator Name | Date of Birth | License Number And State | Date First Licensed | | Driver Training (Y/N) | Deferred Operator | P = Principal O = Occasional E = Excluded Auto # | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Auto | Motorcycle | | | 001 | | | |
| BRENDA BEALE | | MA | | | N | N | E | | | |
| JOHN BEALE | | MA | | | N | N | P | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Attached Endorsements:**
```
SAT003     0108    Advanced Driver Training
M0099S     1216    MA Mandatory Endorsement
MPY0016    0408    Waiver Of Deductible
```

**ITEM 5. Garaging:**

| Auto001 : | MASHPEE |
| --- | --- |
| Auto : | |

**ITEM 6. Lienholder - Additional Insured Information:**

| Auto001 : | ESB*PO BOX 277940 SACRAMENTO CA 95827 |
| --- | --- |
| Auto : | |

**Remarks:**
ORIGINAL COST NEW VEH # 001 = $23,000.00
TO RECEIVE A COPY OF YOUR SDIP STATEMENT OR POLICY JACKET, PLEASE CONTACT SAFETY DIRECTLY AT 617-951-0600 EXT 6429 OR YOU CAN VIEW/PRINT THESE DOCUMENTS BY LOGGING INTO "MY ACCOUNT" AT WWW.SAFETYINSURANCE.COM.

*Check carefully to ensure that the information listed on your Coverage Selection Page is correct.*
- Are all operators listed? Failure to list a household member or any individual who customarily operates your auto may have very serious consequences.
- Are all your autos listed?
- Is the garaging correct?
- Are you receiving all the discounts you are entitled to?
- Is your mailing address correct?

**NOTICE:** It is important for you to notify us of any changes that have occurred prior to the renewal of this policy and at any time during the policy period.

Please review this Coverage Selections Page and the Massachusetts Auto Insurance Policy (2018 Edition) carefully to ensure that you understand the coverages and limits contained in this policy. It is a crime to knowingly provide false or fraudulent information for the purpose of defrauding an insurance company. If you or someone else on your behalf has knowingly given us false, deceptive, misleading or incomplete information and if such false, deceptive, misleading or incomplete information increases our risk of loss, we may refuse to pay claims under any of the Optional Insurance (Parts 5 thru 12) and we may cancel your policy.

**MERIT RATING PLAN**
The Merit Rating Board may verify the accuracy of the previous driving records of all listed operators. The Merit Rating Plan adjustment shown on the Coverage Selection Page for each auto is based on the driving records of the operators listed on your policy.

*Thank you for insuring your auto with Safety Insurance.*

*09/01/18 ed.*

Certificate Number: 15557-MA-CC-037013406



15557-MA-CC-037013406

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 1, 2022</u>, at <u>4:39</u> o'clock <u>PM EST</u>, <u>John Beale</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Massachusetts</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 1, 2022</u>    By: <u>/s/Bernadette Ogega</u>

Name: <u>Bernadette Ogega</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

# United States Bankruptcy Court
**District of Massachusetts**

In re    John C. Beale                      Case No. _____
                                   Debtor(s)           Chapter    13

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: December 1, 2022           /s/ John C. Beale
                                            John C. Beale
                                            Signature of Debtor

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

AmeriCredit/GM Financial
200 Bailey Ave
Fort Worth, TX 76107

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
4909 Savarese Circle
Tampa, FL 33634

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 31293
Salt Lake City, UT 84131

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Discover Financial
Po Box 30939
Salt Lake City, UT 84130

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Po Box 965005
Orlando, FL 32896
```

```
Zwicker & Associates P.C.
Crystal Young Fanter, Esq.
225 Foxborough Blvd. Ste 204
Foxboro, MA 02035
```